## R. W. RICE v. STATE (2 cases).
### Nos. 16772, 16773.

Court of Criminal Appeals of Texas.
May 16, 1934.

Milton Greer Mell and Gus Morris, both of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

## RICE v. STATE.
### No. 16774.

Court of Criminal Appeals of Texas.
May 16, 1934.

Milton Greer Mell and Gus Morris, both of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.